UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT SWANN MUELLER, *et al.*,<br><br>    Defendants. | Case No. 18-cv-03097-SI<br><br>**JUDGMENT** |

    The Court has dismissed this case without prejudice. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 30, 2018

SUSAN ILLSTON
United States District Judge